# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-00080-MOC-DSC

| | |
|---|---|
| **HARVEY SMITH,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **CHARTER COMMUNICATIONS,** | ) |
| | ) |
| **Defendant.** | ) |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for C. Celeste Creswell]" (document #24) filed July 18, 2019. For the reasons set forth therein, the Motion will be <u>granted</u>

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, <u>and to the Honorable Max O. Cogburn, Jr.</u>

**SO ORDERED**.

Signed: July 18, 2019

David S. Cayer
United States Magistrate Judge