# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-00080-MOC-DSC

| | |
|---|---|
| HARVEY SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CHARTER COMMUNICATIONS, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on "Defendant's Motion for Initial Pretrial Conference and/or Scheduling Order" (document # 52) filed October 22, 2019 and "Plaintiff's Motion to Compel Production of Documents…" (document #53) filed October 24, 2019. For the reasons set forth in Defendant's Motion, the Court will grant Defendant's Motion and enter a Scheduling Order. Pursuant to Local Civil Rule 26.1, official Court-enforceable discovery does not commence until issuance of the Scheduling Order. Therefore, Plaintiff's Motion to Compel is premature and is denied without prejudice.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: October 28, 2019

David S. Cayer
United States Magistrate Judge