# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Harvey Smith**,** | ) | JUDGMENT IN CASE |
| | **)** | |
| Plaintiff(s), | ) | 3:18-cv-00080-MOC-DSC |
| | **)** | |
| vs. | ) | |
| | ) | |
| Charter Communications**,** | ) | |
| Defendant(s)**.** | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 2, 2020 Order.

July 2, 2020

*Frank G. John* [signature]

Frank G. Johns, Clerk
United States District Court